UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00420

**Jason Alexander Boehm,**
*Plaintiff,*

v.

**Commissioner,
Social Security Administration,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

Defendant filed a motion to dismiss, or alternatively, for summary judgment. Doc. 10. Plaintiff did not respond. On March 13, 2020, United States Magistrate Judge K. Nicole Mitchell issued a report and recommendation that defendant's motion be granted and the complaint be dismissed with prejudice. Doc. 12. No objections were filed. When no party objects to a magistrate judge's report and recommendation within 14 days of service, the district court "need only satisfy itself that there is no clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc) (cleaned up). Here, there is no clear error.

Therefore, the magistrate judge's report and recommendation (Doc. 12) is **adopted**. The motion for summary judgment (Doc. 10) is **granted** and this action is **dismissed with prejudice**. Any motion not previously ruled on is **denied as moot**.

*So ordered by the court on March 31, 2020.*

J. CAMPBELL BARKER
United States District Judge